UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                        Case No. 04-C-0760

CARL J. SCHWABE,
TRACY L. SCHWABE,
GASCO,
AUSLOOS DAIRY EQUIPMENT,
BAY LAKES COOPERATIVE,

        Defendants.

## ORDER CONFIRMING SALE AND DISTRIBUTION OF FUNDS

The above-captioned matter having come on before the Court on plaintiff's motion for confirmation of sale, and the Court having considered the basis for said motion, including the Report of Sale by the United States Marshal and the presentation by counsel for the plaintiff,

IT IS ORDERED that the sale of the mortgaged premises in the above-entitled action to Wade L. & Carisa M. Deheck for the total sum of $123,000.00 and the Marshal's report of such sale on file herein are hereby in all things approved and confirmed.

IT IS FURTHER ORDERED that upon entry and filing of this order with the Clerk of Court, Eastern District of Wisconsin, and upon payment of the balance of the purchase price of $109,000.00, to the United States District Court Clerk of Court, on or before October 15, 2005, such Clerk shall thereupon deliver to Wade L. & Carisa M. Deheck the Marshal's Deed to the premises involved in this action.

IT IS FURTHER ORDERED that upon application by the plaintiff, the Clerk of Court shall issue a Writ of Assistance in order to put the purchasers of the premises, Wade L. & Carisa M. Deheck, in full, quiet and peaceable possession of same.

IT IS FURTHER ORDERED that upon receipt thereof, the Clerk of Court shall pay over to the United States Attorney's Office, c/o United States of America, the sale proceeds of $123,000.00.

Dated at Green Bay, Wisconsin, this 3rd day of October, 2005.

s/William C. Griesbach
HONORABLE WILLIAM C. GRIESBACH
United States District Judge
Eastern District of Wisconsin