IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

UNITED STATES OF AMERICA,

      Plaintiff,

  v.

CARL J. SCHWABE,
TRACY L. SCHWABE,
GASCO,
AUSLOOS DAIRY EQUIPMENT,
BAY LAKES COOPERATIVE,.

      Defendants.

Case No. 04-C-0760

---

## ORDER FOR DEFICIENCY JUDGMENT

IT IS HEREBY ORDERED that a DEFICIENCY is rendered in favor of the plaintiff, United States of America, and against the defendants Carl J. Schwabe and Tracy L. Schwabe, in the amount of $275,176.75 plus post judgment interest at the rate in effect on the date judgment is entered by the Clerk of Court and that the Clerk of Court IS HEREBY ORDERED to enter a DEFICIENCY JUDGMENT in favor of the plaintiff, United States of America and against the defendants Carl J. Schwabe and Tracy L. Schwabe, in the amount of $275,176.75 plus post judgment interest at the rate in effect on the date judgment is entered by the Clerk of Court.

Dated at Green Bay, Wisconsin, this ___7th___ day of March, 2006

                s/ William C. Griesbach
                WILLIAM C. GRIESBACH
                United States District Judge